IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,                          No. CV 07-02836 TEH

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

ARNOLD SCHWERZENEGGER,

        Defendant.
_____/

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (XX) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the case is DISMISSED without prejudice for failure to prosecute and to comply with a court order.

Dated: 10/09/07                                                  Richard W. Wieking, Clerk

                                                                  By: R.B. Espinosa
                                                                  Deputy Clerk