UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>       Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWERZENEGGER et al,<br><br>       Defendant. | Case Number: CV07-02836 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roderick Washington #E87177
Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212


Dated: June 20, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk